1  JOSEPH CLAPP, Esq., SBN 99194
   Aiman-Smith & Marcy
2  7677 Oakport Street, Suite 1150
   Oakland, CA  94621
3  Telephone:  (510) 590-7115
   Facsimile:  (510) 562-6830
4  Email:  jc@asmlawyers.com

5
   Attorneys for Plaintiff
6

7

8  LOCKE LORD LLP
   Jon L. Rewinski, Esq., SBN 116124
9  jrewinski@lockelord.com
   Matthew B. Nazareth, SBN 278405
10 mnazareth@lockelord.com
   300 South Grand Avenue, Suite 2600
11 Los Angeles, CA 90071
   213-485-1500
12

13 Attorneys for Defendants
   Farmers Group, Inc. Transitional Supplemental Executive
14 Retirement Plan, Farmers Group, Inc., Farmers Insurance Exchange

15

16

17                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
18                         SOUTHERN DIVISION

19

20 CHRISTOPHER O'ROURKE, an individual;   )   Case No.:  8:17-cv-00279-JVS (JCGx)
                                          )
21            Plaintiff,                   )
                                          )   **Joint Exhibit List**
22        vs.                             )
                                          )
23 FARMERS GROUP, INC. TRANSITIONAL       )   Date:  May 7, 2018
   SUPPLEMENTAL EXECUTIVE RETIREMENT      )   Time:  11:00 a.m.
24 PLAN, a pension plan; FARMERS GROUP, INC. )   Courtroom:  10C
   EMPLOYEES PENSION PLAN, a pension plan;  )   Judge: Hon. James V. Selna
25 FARMERS GROUP, INC., a business entity, form )
   unknown; FARMERS INSURANCE             )
26 EXCHANGE, a business entity, form unknown;  )   Complaint Filed:  February 15, 2017
                                          )   Trial Date:  May 22, 2018
27            Defendants.                   )
   ───────────────────────────────────────)
28

Joint Exhibit List
*O'Rourke v. Farmers Group TSERP, et al.*                    **Case No. 8:17-cv-00279-JVS (JCGx)**

Pursuant to F.R.C.P. Section 26(a)(3)(iii) and Local Rule 16-6.1, the parties submit this joint list of exhibits:

**Case Title:  O'Rourke v. Farmers Group, Inc.     Case No.:  8:17-cv-00279-JVS (JCGx)**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| *2 | WTW worksheet re benefits | | |
| *3 | WTW explanation re worksheet | | |
| *4 | FGI Employees' Pension Plan | | |
| 5 | FGI Transitional Supplemental Executive Retirement Plan | | |
| 6 | Email train relating to TSERP calculation, first one dated 8/13/15 | | |
| 7 | O'Rourke letter to Benefits Administration Committee, dated 4/1/15 | | |
| 8 | BAC acknowledgement letter, dated 5/12/15 | | |
| 9 | BAC cover prepared for 6/24/15 review of O'Rourke's claim | | |
| 10 | BAC letter extending time to review claim, dated 6/25/15 | | |
| 11 | Email train relating to BAC investigation, first one dated 8/11/15 | | |
| 12 | BAC cover prepared for 8/26/15 review of O'Rourke's claim | | |
| 13 | BAC denial of claim, dated 9/23/15 | | |
| 14 | O'Rourke letter appealing denial, dated 11/9/15 | | |
| 15 | BAC letter acknowledging appeal, dated 11/11/15 | | |

| | | |
|---|---|---|
| 16 | BAC cover prepared for 12/8/15 review of O'Rourke's appeal |
| 17 | BAC letter extending time to review appeal, dated 1/7/16 |
| 18 | BAC cover letter prepared for 1/27/16 review of O'Rourke's appeal |
| 19 | BAC letter denying appeal, dated 2/15/16 |
| 20 | O'Rourke handwritten notes about Vaughn conversation |
| 21 | Expert file and report by Phillip A. Allman, Ph.D. |
| 22 | Expert file and report by George A. Jouganatos, Ph.D. |
| 23 | Partial Vanguard Statement, Account Summary 7/1/12-9/30/12 |

Respectfully submitted,

Dated:  April 30, 2018                aiman-smith & marcy

/s/ Joseph Clapp
_____
Joseph Clapp, Esq.
Attorneys for Plaintiff

Dated:  April 30, 2018                Locke Lord LLP

/s/ Matthew B. Nazareth
_____
Matthew B. Nazareth, Esq.
Attorneys for Defendants

**PROOF OF SERVICE**

I, the undersigned, hereby declare:  I am employed in the County of Alameda, California; I am over eighteen years of age and not a party to the within action.  I am either admitted to practice before this Court or employed in the office of an attorney admitted to practice in this Court.  My business address is 7677 Oakport, Suite 1150, Oakland, California 94621.

On this date, I certify that the foregoing:

**Joint Exhibit List**

was served as follows:

| | |
|---|---|
| Jon L. Rewinski, Esq.<br>Matt Nazareth, Esq.<br>Locke Lord LLP<br>300 S. Grand Avenue, Suite 2600<br>Los Angeles, CA 90071 | Attorneys for Defendants Farmers Group, Inc. Transitional Supplemental Executive Retirement Plan; Farmers Group, Inc. Employees Pension Plan; Farmers Group, Inc.; and Farmers Insurance Exchange |

\_\_\_\_    [By Mail]   I caused such envelope, with postage fully prepaid, to be placed in the United States mail at Oakland, California.

\_\_\_\_    [By E-Mail]   I caused such document to be electronically transmitted via e-mail the addressee(s) listed above.

  X    [By Electronic Transmission]   I hereby certify that on this date, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  April 30, 2018                    \_\_\_/s/ Norma Dale_____
                                          Norma Dale