## LIST OF EXHIBITS AND WITNESSES

| | | |
|---|---|---|
| **Case Number** | SACV 17-00279 JVS | **Judge** JAMES V. SELNA |
| **Title** | Christopher O'Rourke    v.    Farmers Group Inc., etc. | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>June 13, 2018<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _Karla Tunis_ DEPUTY |
| **Dates of Trial** | June 12 and 13, 2018 | |
| **Court Reporters** | Sharon Seffens | |
| **Deputy Clerks** | Karla J. Tunis | |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| Donald Clapp | Jon Rewinski |
| | Matthew Nazareth |
| | |
| | |

| Plaintiff(s) | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED LISTS | |
| | | | | | | | |

1  Pursuant to F.R.C.P. Section 26(a)(3)(iii) and Local Rule 16-6.1, the parties submit this joint
2  list of exhibits:
3  **Case Title:**  O'Rourke v. Farmers Group, Inc.     **Case No.:**  8:17-cv-00279-JVS (JCGx)

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| *2  | WTW worksheet re benefits | | |
| *3  | WTW explanation re worksheet | | |
| *4  | FGI Employees' Pension Plan | | |
| 5   | FGI Transitional Supplemental Executive Retirement Plan | | |
| 6   | Email train relating to TSERP calculation, first one dated 8/13/15 | | |
| 7   | O'Rourke letter to Benefits Administration Committee, dated 4/1/15 | | 6/12/2018 |
| 8   | BAC acknowledgement letter, dated 5/12/15 | | |
| 9   | BAC cover prepared for 6/24/15 review of O'Rourke's claim | | |
| 10  | BAC letter extending time to review claim, dated 6/25/15 | | |
| 11  | Email train relating to BAC investigation, first one dated 8/11/15 | | |
| 12  | BAC cover prepared for 8/26/15 review of O'Rourke's claim | | |
| 13  | BAC denial of claim, dated 9/23/15 | | 6/12/2018 |
| 14  | O'Rourke letter appealing denial, dated 11/9/15 | | |
| 15  | BAC letter acknowledging appeal, dated 11/11/15 | | |

Joint Exhibit List
*O'Rourke v. Farmers Group TSERP, et al.*      Case No. 8:17-cv-00279-JVS (JCGx)
Page 1

| | | |
|---|---|---|
| 16 | BAC cover prepared for 12/8/15 review of O'Rourke's appeal | ⎫ |
| 17 | BAC letter extending time to review appeal, dated 1/7/16 | ⎬ 6/12/2018 |
| 18 | BAC cover letter prepared for 1/27/16 review of O'Rourke's appeal | ⎪ |
| 19 | BAC letter denying appeal, dated 2/15/16 | ⎪ |
| 20 | O'Rourke handwritten notes about Vaughn conversation | ⎭ |
| 21 | Expert file and report by Phillip A. Allman, Ph.D. | |
| 22 | Expert file and report by George A. Jouganatos, Ph.D. | |
| 23 | Partial Vanguard Statement, Account Summary 7/1/12-9/30/12 | 6/13/2018 |
| 24 | Zurich Retirement amounts - email. ID only 6/13/2018 | |
| 25 | "Vanguard" Statement - ID only 6/13/2018 | |

Dated: April 30, 2018

Respectfully submitted,

aiman-smith & marcy

/s/ Joseph Clapp
_____
Joseph Clapp, Esq.
Attorneys for Plaintiff

Dated: April 30, 2018

Locke Lord LLP

/s/ Matthew B. Nazareth
_____
Matthew B. Nazareth, Esq.
Attorneys for Defendants

Joint Exhibit List
O'Rourke v. Farmers Group TSERP, et al.
Page 2

Case No. 8:17-cv-00279-JVS (JCGx)

1  Pursuant to F.R.C.P. Section 26(a) and Local Rule 16-5, Plaintiff Christopher O'Rourke
2  hereby submits this list of witnesses.
3
   Plaintiff expects to call the following witnesses:
4
   1. Christopher O'Rourke;  6/12/2018
5
   2. Allyson Vaughn, 5540 W. 5th St., Space 5, Oxnard, CA 93035;  6/12/2018
6
7  3. Albert J. Cortez;  6/12/2018

8  4. Phillip H. Allman, Ph.D, Allman & Peterson Economics, LLC, 7677 Oakport St., Ste. 610,
9  Oakland, CA 94621, (510) 382-1550.
10
   Plaintiff will call the following witness only if the need arises:
11
   5. *George A. Jouganatos, Ph.D.
12
                                        Respectfully submitted,
13
   Dated: April 30, 2018                aiman-smith & marcy
14
15                                      /s/ Joseph Clapp
16                                      _____
                                        Joseph Clapp, Esq.
17                                      Attorneys for Plaintiff