JOSEPH CLAPP, Esq., SBN 99194
Aiman-Smith & Marcy
7677 Oakport Street, Suite 1150
Oakland, CA  94621
Telephone:  (510) 590-7115
Facsimile:  (510) 562-6830
Email:  jc@asmlawyers.com

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CHRISTOPHER O'ROURKE, an individual;

    Plaintiff,

  vs.

FARMERS GROUP, INC. TRANSITIONAL SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, a pension plan; FARMERS GROUP, INC. EMPLOYEES PENSION PLAN, a pension plan; FARMERS GROUP, INC., a business entity, form unknown; FARMERS INSURANCE EXCHANGE, a business entity, form unknown;

    Defendants.

Case No.:  8:17-cv-00279-JVS (JCGx)

**Judgment**

The Court has ordered that plaintiff Christopher O'Rourke recover from defendant Farmers Group, Inc. the amount of one hundred and nine thousand, three hundred seventy dollars and seventy cents ($109,370.70), along with costs. Plaintiff's entitlement to, and the amount of, reasonable attorney's fees to be determined by post-trial motion.

This action was tried by Judge James V. Selna without a jury on June 12 and 13, 2018, and the above decision was reached on June 13, 2018.

Date: July 02, 2018

_____
UNITED STATES DISTRICT JUDGE

Approved as to form:

Locke Lord, LLP

/s/ Jon L. Rewinski, Esq.
_____
Jon L. Rewinski, Esq.
Attorneys for Defendants

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that the above signatory concurs in this filing's contents and has authorized the filing of this document.

Date: June 20, 2018              Aiman-Smith & Marcy

/s/ Joseph Clapp, Esq.
_____
Joseph Clapp, Esq.
Attorneys for Plaintiff